# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 148

| | |
|---|---|
| **CAROLINA FIRST BANK,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER OF RECUSAL** |
| v ) | |
| ) | |
| **MARK A. LEE and MELISSA S. LEE** ) | |
| **and MOUNTAIN AIR DEVELOPMENT** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendants and Movant. ) | |

**THIS MATTER** is before the court on review of the pending Motion to Quash (#15). After careful review of all the pleadings, the undersigned has discovered a conflict which requires recusal, that being the involvement of Mountain Air Development Corporation and its President. The court will instruct the Clerk of this Court to assign another magistrate judge as soon as possible.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully **RECUSES** himself in this case, and instructs the Clerk of Court to refer this matter to another magistrate judge as soon as possible.

Signed: April 18, 2011

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge