IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 1:10cv148-MR-DSC

| CAROLINA FIRST BANK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARK A. LEE and MELISSA S. LEE, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon the "Objection and Motion to Quash of Mountain Air Development Corporation to Defendants' Subpoena Pursuant to Rule 45(c)(2 &(3)" (document #15).

Defendants have not filed a brief opposing the Motion to Quash and the time for filing a response has expired. Accordingly, the Court having reviewed the Motion and for the reasons stated therein, the Motion to Quash is **GRANTED** and the subject subpoena is **HEREBY QUASHED**.

**SO ORDERED**.

Signed: May 9, 2011

David S. Cayer
United States Magistrate Judge